IN THE UNITED STATES DISTRICT COURT
For The
DISTRICT OF COLUMBIA

KAREN WATTS

MATTHEW ABRAMSON

    Plaintiffs

vs.                                          Case Number: 18-1175 ABJ

GEICO ADVANTAGE INS. CO.

ODIR EFRAIN PERLA

    Defendants

## STIPULATION OF DISMISSAL

BY STIPULATION of the parties, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, please mark the above styled civil action as SETTLED and DISMISSED WITH PREJUDICE as to all claims and causes of action.

RESPECTFULLY SUBMITTED this 10th day of April 2020.


_____/s/David A. Goldstein\_\_\_\_\_  
David A. Goldstein, Esquire  
*Pro Hac Vice*  
DAVID A. GOLDSTEIN, LPA  
511 South High Street, Suite 200  
Columbus, Ohio 43215  
Telephone: (614) 222-1889  
Facsimile: (614) 222-1899  
Email: dgoldstein@goldsteinlaw.com  
Counsel for Plaintiffs

_____/s/Daniel L. Robey_____  
Daniel L. Robey, Esquire  
DC Bar Number: 421945  
MIDKIFF, MUNCIE & ROSS, P.C.  
10461 White Granite Dr., Suite 225  
Oakton, Virginia 22124  
Telephone: (703) 938-5989  
Facsimile: (703) 938-5980  
Email: drobey@midkifflaw.com  
Counsel for Defendant

CERTIFICATE

I hereby certify that on the 10th day of April, 2020, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to all counsel of record or individual parties with registered email addresses.

/s/ David A. Goldstein

{02053765.DOCX }